to be supplemented and amended in the particulars stated in the notice of motion, with leave to substitute other means of identification, if the occupation and business address or residence of the persons to whom the defendant Flynn claims to have made payments be not known, and it be so stated.

KIERNAN, Respondent, v. GUTTA PERCHA & RUBBER MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Patrick Kiernan against the Gutta Percha & Rubber Manufacturing Company. No opinion. Motion to resettle order denied, without costs. See, also, 118 N. Y. Supp. 893.

KILMURRY, Respondent, v. BULKLEY, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Michael Kilmurry against Washington Bulkley. No opinion. Judgment and order of the County Court of Kings county unanimously affirmed, with costs.

KINA, Appellant, v. MACHWIRTH BROS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by Stanislaus Kina, an infant, etc., against the Machwirth Bros. Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 118 N. Y. Supp. 1117.

KING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Michael King, as administrator, etc., against the New York Central & Hudson River Railroad Company. PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the finding of the jury that the plaintiff's intestate was free from contributory negligence was contrary to and against the weight of the evidence. See, also, 123 App. Div. 913, 108 N. Y. Supp. 1138. McLENNAN, P. J., and KRUSE, J., dissent.

KIRKLAND, Appellant, v. McALPIN, Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Elmer E. Kirkland against Edwin A. McAlpin. A. Beekman, for appellant. T. W. Sprague, for respondent. No opinion. Order reversed, and motion granted, on payment of all costs in the action, to be taxed. Settle order on notice.

KLEIN, Respondent, v. HAUFF, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Emanuel M. Klein against William A. Hauff, impleaded with others. H. H. Bowman, for appellant. H. H. Maas, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KLIEWER, Respondent, v. HUDSON & M. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Hedwig Kliewer, as administratrix, etc., of Max Kliewer, deceased, against the Hudson & Manhattan Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

KNICKERBOCKER TRUST CO., Respondent, v. McDONALD, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by the Knickerbocker Trust Company against John B. McDonald. J. F. Donnelly, for appellant. J. C. Harrison, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KNICKERBOCKER TRUST CO., Respondent, v. SABINE, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by the Knickerbocker Trust Company against John B. Sabine. M. Rose, for appellant. H. Barry, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

KOHLER v. ROSENTHAL. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Chas. Kohler against Herman Rosenthal. No opinion. Motion denied, on condition that appellant be ready for December term. Order filed.

KOHLY v. FERNANDEZ et al. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Appeal from Special Term, New York County. Action by Carolina F. Kohly against Jose M. Fernandez and others. From an order granting a motion for an additional undertaking, plaintiff appeals. Reversed. C. K. Carpenter, for appellant. G. E. Morgan, for respondents.
PER CURIAM. The order appealed from should be reversed, on the ground that it does not appear that the expenses of the trial and appeals were incurred solely or principally on account of the attachment. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

KORN et al., Appellants, v. LOEW, Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Simon Korn and another against E. Victor Loew, Jr., as administrator, etc. No opinion. Appeal dismissed, with $10 costs and disbursements.

KRAEMER v. ROSASCO et al. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Maria Kraemer against Virginia Rosasco and others. PER CURIAM. Order of the County Court